**Abatement Order filed April 17, 2012.**



**In The**

# Fourteenth Court of Appeals

———————

## NO. 14-12-00084-CV

———————

**KEN BIGHAM AND TRACY HOLLISTER, Appellants**

**V.**

**SOUTHEAST TEXAS ENVIRONMENTAL, L.L.C., REGOR PROPERTIES, L.L.C., KORDEL, INC., AND JEFFREY PITSENBARGER, Appellees**

**&**

———————

## NO. 14-12-00116-CV

———————

**SOUTHEAST TEXAS ENVIRONMENTAL, L.L.C., REGOR PROPERTIES, L.L.C., KORDEL, INC., AND JEFFREY PITSENBARGER, Appellants**

**V.**

**KEN BIGHAM AND TRACY HOLLISTER, Appellees**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-55020**

# ABATEMENT ORDER

This court has been notified that appellee/cross-appellant, Jeffrey Pitsenbarger, has petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 12-32287. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, we have stayed all proceedings in these appeals. *See* Tex. R. App. P. 8.2.

For administrative purposes only, and without surrendering jurisdiction, this court orders the causes abated and treated as closed cases. They may be reinstated on motion of any party, showing the stay has been lifted and specifying what further action, if any, is required from this court, or the court may reinstate these appeals on its own motion. *See* Tex. R. App. P. 8.3.

PER CURIAM

2